SOUTHERN DISTRICT OF FLORIDA
CRIMINAL JURY TRIAL
COURTROOM MINUTES

HONORABLE **K. Michael Moore**, Presiding

DATE **9-26-97** CONT'D FROM **9-25-97** at **10:00 AM**

CASE NO. **97-352-CR-KMM** DEFT NAME (1) **Harold Braxton (B)**

(2) _____ (3) _____ (4) _____
(5) _____ (6) _____ (7) _____

DEFENSE COUNSEL **Donald Bierman, Esq.**, AUSA **Michael Tein**
**Anita Greer-Dixon, for**
DEPUTY CLK **Susan Reiz** RPTR **Brenda Alexander** USM

| Code | Item |
|---|---|
| CAL.CALL.H | ___ Calendar call held. |
| DFT.N.APR.BW.I | ___ Defendant not appearing, bench warrant issued. |
| B.FUG | ___ Begin fugitive interval. |

MINUTES
TRIAL -- JURY
*****************

| Code | Item |
|---|---|
| GV.REG.VDIR | ___ Government's Requested Voir Dire. |
| DFT.REG.VDIR | ___ Defendant's Requested Voir Dire. |
| VDIR.BG | ___ Voir Dire begins. |
| JY.SELECT.C | ___ Jury selection cont'd to _____ at _____ |
| JY.IMP | ___ Jury impaneled. |
| WV.ALT.JR.F | ___ WAIVER of Alternate Juror, filed. |
| D.CNT | ___ Dismiss counts _____ ( ) Ct. motion ( ) Gov't motion ( ) Deft motion |
| JY.TR.BG. | ___ Jury Trial begins. |
| JY.TR.H | ✓ Jury Trial held. |
| JY.TR.C | ___ Jury Trial cont'd to _____ at _____ |
| ORD.MISTR | ___ Mistrial declared. |
| ORD.N.TR | ___ New Trial ordered. |
| JY.TR.END | ✓ Jury Trial ends |
| C.JM.AQ | ___ Court Judgment of Acquittal. Counts _____ |
| JY.V.NG | ___ Jury Verdict of NOT GUILTY. Counts _____ |
| DFT.D/A | ___ Defendant discharged/acquitted. |
| JY.V.G. | ✓ Jury Verdict of Guilty. Counts **I + II** |
| JY.V.SA | ___ Jury verdict set aside. |
| MISCELLANEOUS | **Sentencing set 12/5/97** |
| BL.PEN.AP.S | ___ Bail pending appeal set at _____ |
| SEN.S. | ___ Sentencing set for _____ at _____ |
| NTC.SEN.DAT | ___ Notice of sentencing date served. |