# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DEFENDANT __Harold Braxton__  CASE # __97-352-cr-Moore__

Clerk __Susan Rui__  JUDGE __Moore__

Reporter __Brenda Alexander__  DATE __12-5-97__

AUSA __Michael Tein__  Deft. Counsel __Donald Bierman__

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

____ Deft. failed to appear - warrant to issue. Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ am / pm

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 5 | 1 + 2 conc. |

Comments _____

Supervised Release __3 yrs Cts 1 + 2 conc.__
H.C. 5 mos, spec. cond.

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |

Comments _____

[FILED stamp: DEC 5 1997, Clerk S.D. OF FL. MIAMI]

Assessment $__200.00__   Fine $__4,000.00__

Restitution / Other _____

### CUSTODY

____ Remanded to U.S. Marshal  ____ Release bond pend appeal

✓ Voluntary Surrender to (designated institution or US Marshal) on __1/15/98__.

✓ Commitment recommendation: __South Florida as close to his family as poss.__

(rev. 12/91)